# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOLLY MCGOWN, <br>     Plaintiff, <br><br> v. <br><br> SILVERMAN & BORENSTEIN, PLLC and ADP, INC. <br>     Defendants. | ) <br> ) <br> ) <br> ) **Case No.: 1:13-cv-00748-RGA** <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal of ADP, Inc. only, from the complaint with prejudice and without cost to either party.

| | |
|---|---|
| */s/ William F. Taylor, Jr.* | */s/ W. Christopher Componovo* |
| William F. Taylor Jr., Esquire | W. Christopher Componovo, Esquire |
| Attorney ID # 2936 | Attorney ID # 3234 |
| McCarter & English, LLP | Kimmel & Silverman, P.C. |
| 405 N King Street, 8th Floor | Silverside Carr Executive Center |
| Wilmington, DE 19801 | 501 Silverside Road, Suite 118 |
| Phone: (302) 984-6313 | Wilmington, DE 19809 |
| Fax: (302) 984-2496 | Phone: (302) 791-9373 |
| Email: wtaylor@mccarter.com | Fax: (302) 791-9476 |
| Attorney for the Defendant | Attorney for the Plaintiff |
| Date: October 15, 2014 | Date: October 15, 2014 |

BY THE COURT:

_____
                                                 J.

**Certificate of Service**

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 15th day of October, 2014:

William F. Taylor Jr., Esq.
McCarter & English
405 N King Street, 8th Floor
Wilmington, DE 19801
Email: wtaylor@mccarter.com

                                               */s/ W. Christopher Componovo*
                                               W. Christopher Componovo, Esquire
                                               Attorney ID # 3234
                                               Kimmel & Silverman, P.C.
                                               Silverside Carr Executive Center
                                               501 Silverside Road, Suite 118
                                               Wilmington, DE 19809
                                               Phone: (302) 791-9373
                                               Fax: (302) 791-9476
                                               Attorney for the Plaintiff