## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

HOLLY MCGOWN,                        )
       Plaintiff,                       )
                      )
                      )
      v.                               )
                      )  **Case No.: 1:13-cv-00748-RGA**
                      )
SILVERMAN & BORENSTEIN, PLLC and     )
ADP, INC.                            )
       Defendants.                      )
                      )
                      )

## STIPULATION TO DISMISS

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the

dismissal of Silverman & Borenstein, PLLC from the complaint with prejudice and

without cost to either party and each party bearing its own attorneys' fees.


/s/ Joseph Grey                                    /s/ W. Christopher Componovo

Joseph Grey, Esquire                               W. Christopher Componovo, Esquire
Attorney ID # 2358                                 Attorney ID # 3234
Cross & Simon, LLC                                 Kimmel & Silverman, P.C.
1105 N Market Street, Suite 901                    Silverside Carr Executive Center
Wilmington, DE 19801                               501 Silverside Road, Suite 118
Phone: (302) 777-4200                              Wilmington, DE 19809
Email: jgrey@crosslaw.com                          Phone: (302) 791-9373
Attorney for Silverman & Borenstein, P.C.          Fax: (302) 791-9476
                                                   Attorney for the Plaintiff
Date: January 6, 2015

                                                   Date: January 6, 2015


SO ORDERED this 6th day of January, 2015:

Richard G. Andrews
J.